■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MESHACH VALLADI, Also Known as MESACH VALLADE, Appellant. [994 NYS2d 542]—Judgment of resentence, Supreme Court, Bronx County (John S. Moore, J.), rendered February 15, 2012, resentencing defendant, as a second felony offender, to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (see *People v Lingle*, 16 NY3d 621 [2011]). Concur—Sweeny, J.P., Andrias, Saxe, Richter and Feinman, JJ.